# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KENNY HERRON and MARY LOU
HERRON, as Guardians of the Person and
Estate of Cadence Nevaeh McGuire, a minor;
MARY LOU HERRON, Administratrix of the
Estates of Jessica M. McGuire and Brinley M.
McGuire, a minor, and for their Wrongful
Deaths; and CHARLES JEFF GARDNER,
Administrator of the Estate of Nicholas
McGuire and for his Wrongful Death        PLAINTIFFS

v.                No. 3:16-cv-127-DPM

APAC OF TENNESSEE, INC.; SUPERIOR
TRAFFIC CONTROL-MEMPHIS, INC.;
J E PHILLIPS & SONS, INC.; BEST TRUCK
& TRAILER, INC.; RICHARD CARL
ADAMS; and WABASH NATIONAL
CORPORATION d/b/a Wabash
National Trailer Centers, Inc.        DEFENDANTS

## ORDER

1. Herron's motion to reconsider, № 218, is denied. The arguments and authorities aren't new. The Court stands by its original ruling, № 217.

2. The Court will hear argument on all pending motions at 9:00 a.m. on Tuesday, 15 January 2019 in Jonesboro as planned.

So Ordered.

*DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 December 2018