# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

KENNY HERRON and MARY LOU HERRON,
as Guardians of the Person and Estate of
Cadence Nevaeh McGuire, a minor; MARY LOU
HERRON, Administratrix of the Estates of
Jessica M. McGuire and Brinley M. McGuire, a
minor, and for their Wrongful Deaths;  and
CHARLES JEFF GARDNER, Administrator of
the Estate of Nicholas McGuire and for his
Wrongful Death                                                          PLAINTIFFS

   v.               No. 3:16-cv-127-DPM

APAC OF TENNESSEE, INC.;  SUPERIOR
TRAFFIC CONTROL-MEMPHIS, INC.;
J E PHILLIPS & SONS, INC.;  BEST TRUCK &
TRAILER, INC.;  RICHARD CARL ADAMS;
and WABASH NATIONAL CORPORATION
d/b/a Wabash
National Trailer Centers, Inc.                                    DEFENDANTS

## ORDER

Pursuant to General Order 54, the Court authorizes **Bruce Brooke, Robert Addison, and Dustin Lepkowicz** to bring a cell phone, laptop computer, or personal digital assistant into the E.C. Gathings Federal Building and U.S. Courthouse in Jonesboro on **15 January 2019** for a trial in this case.

The following rules apply to this access:

- The devices mentioned may not be used to record, photograph, or film anyone or anything inside the courthouse.

- Cell phones and PDAs must be turned off and put away when in the courtroom.

- Wireless internet components of all electronic devices must be deactivated when in the courtroom.

- Only counsel, and support staff at counsel table, may use laptops in the courtroom.

- Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to, placing the device through the electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

- The United States Marshals Service may further restrict electronic devices from entering the building if a threat so requires.

A violation of these rules may result in seizure of the electronic devices, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on

recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

So Ordered.


_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

19 December 2018