IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KENNY HERRON and MARY LOU
HERRON, as Guardians of the Person and
Estate of Cadence Nevaeh McGuire, a minor;
MARY LOU HERRON, Administratrix of the
Estates of Jessica M. McGuire and Brinley M.
McGuire, a minor, and for their Wrongful
Deaths; and CHARLES JEFF GARDNER,
Administrator of the Estate of Nicholas
McGuire and for his Wrongful Death                               PLAINTIFFS

v.                         No. 3:16-cv-127-DPM

APAC OF TENNESSEE, INC.; SUPERIOR
TRAFFIC CONTROL-MEMPHIS, INC.;
J E PHILLIPS & SONS, INC.; BEST TRUCK
& TRAILER, INC.; RICHARD CARL
ADAMS; and WABASH NATIONAL
CORPORATION d/b/a Wabash
National Trailer Centers, Inc.                                   DEFENDANTS

ORDER

1. For the reasons stated on the record at the 15 January 2019 hearing, the Court made the following rulings on pending motions.

## ON THE CONSTRUCTION PROJECT

- Plaintiffs' motion to strike Superior Traffic's motion to exclude Rhoades, № 246, is denied.

- Superior Traffic's motion to exclude Rhoades's traffic-engineering opinions, № 230, is granted.

- Superior Traffic's motion for summary judgment, № 202, is granted.

- APAC's motion for summary judgment, № 213, is granted.

## ON THE TRAILER

- Wabash and Best's motions (joined by Phillips and Adams) to exclude Rhoades's and Ponder's opinions, № 167 & 196, are denied as to Ponder and partly granted and partly denied as to Rhoades.

- Wabash's motion for summary judgment, № 168, is partly granted and partly denied.

- Best's motion for summary judgment, № 191, is partly granted and partly denied.

- Phillips and Adams's motion for partial summary judgment on rear-impact-guard-related allegations, № 194, is denied.

## OTHER

- Wabash, Phillips, and Best's motions for partial summary judgment on punitive damages, № 190, 195, & 205, are granted.

- Superior Traffic and APAC's motions for partial summary judgment on punitive damages, № 209 & 213 *(part)*, are denied without prejudice as moot.

- Defendants' motion to bifurcate the liability and damages phases of the trial, № 189, is denied.

2. Notices on third-party claims, cross claims, and trial participation by Mr. McGuire's estate and any other non-lead party due by 22 January 2019.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 January 2019